# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SCOTT CHAMBERS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> (1) AMERICAN BANKERS INSURANCE ) <br> COMPANY OF FLORIDA, ) <br> ) <br> Defendant. ) | Case No. CIV-16-0760-HE <br><br> Case No. CJ-2016-646 <br> (Cleveland County District Court) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Scott Chambers and Defendant American Bankers Insurance Company of Florida, hereby jointly stipulate to the dismissal of this action with prejudice to future filings. Each party will bear its own costs and attorneys' fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

s/ Jacob L. Rowe
(*Signed with Permission*)
Simone Gosnell Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Amy H. Wellington, OBA #9467
FULMER GROUP PLLC
P.O. Box 2448
Oklahoma City, OK  73101
Phone/Fax:   (405) 510-0077
Email: sfulmer@fulmergrouplaw.com
         hlujan@fulmergrouplaw.com
         jrowe@fulmergrouplaw.com
         awellington@fulmergrouplaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ J. Derrick Teague
J. Derrick Teague, OBA #15131
Jennings │ Teague, P.C.
204 N. Robinson, Suite 1000
Oklahoma City, OK  73102
Telephone:    (405)609-6000
Facsimile:    (405)609-6501
Email:        dteague@jenningsteague.com


- and -

Walter D. Willson, MSB #7291
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS  39157
Telephone:    (601) 605-6900
Facsimile:    (601) 605-6901
Email:        wwillson@wellsmar.com

**ATTORNEYS FOR DEFENDANT**